## Bank of Dothan v. Crawford *et al.*

APPEAL from the Circuit Court of Henry.

Tried before the Hon. J. M. CARMICHAEL.

J. W. FOSTER and G. L. COMER, for appellants.

WALKER & ESPY, *contra*.

This was an action of assumpsit, brought by the appellant against the appellees, and counted upon a promissory note.

When this cause was called for trial, the parties announced ready, and the plaintiff, being called upon to speak, accepted the jury then in the box, without challenge. The defendants being then called upon, demanded a struck jury, which the court allowed against the objection and exception of the plaintiff; and this ruling is the only matter now assigned as error.

The court on the present appeal says: "If it were conceded that the defendants had waived their *legal right* to a struck jury by not demanding it until after the plaintiff had accepted the jury (a concession we must not be understood as making), it was clearly a mere matter of practice resting within the discretion of the court, whose rulings thereon we will not revise." Judgment of the circuit court affirmed.

Opinion by HEAD, J.